UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SINGLETON,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>ST. BARNABAS HOSPITAL and DEMETRIUS LONG.<br><br>                              Defendants. | 22 Civ. 4922 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Plaintiff initiated this action by filing a Complaint on June 13, 2022. (Dkt. #1). The Clerk of Court found that filing deficient because it was unsigned. (Minute Entry for June 14, 2022). Plaintiff amended his pleading on July 5, 2022 (Dkt. #4) and again on September 14, 2022 (Dkt. #6). Both times, the Clerk of Court found the filings deficient. (Minute Entries for July 6, 2022 and September 15, 2022). Along with each iteration of the Complaint, Plaintiff requested issuance of summons as to Defendants. (See Dkt. #3, 5, 7). The Clerk of Court found each summons request deficient, first because the request was incomplete (Minute Entry for June 14, 2022), and subsequently because of the deficient pleadings. (Minute Entries for July 6, 2022, and September 15, 2022).

    Accordingly, it is hereby ORDERED that Plaintiff file a letter on or before **December 30, 2022,** advising the Court in writing why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:  December 20, 2022
        New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge