UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SINGLETON,

                Plaintiff,

-v.-

ST. BARNABAS HOSPITAL and DEMETRIUS LONG.

                Defendants.

22 Civ. 4922 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On January 4, 2023, Plaintiff's counsel notified the Court of Plaintiff's passing. (Dkt. #9). The Court advised that Plaintiff's "successor or representative has 90 days from [January 4, 2023] to move for substitution" under Federal Rule of Civil Procedure 25(a), and that absent such a motion, the Court would dismiss the action. (Dkt. #10). The deadline to move for substitution was April 4, 2023. Having received no motion to substitute, the Court hereby DISMISSES this case.

    The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  April 14, 2023
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge